# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **TREVOR BIRDSBILL,** <br><br> Defendant. | **CR 19-63-GF-BMM** <br><br><br> **ORDER** |

Pending before the Court is the motion of the United States for telephonic or video testimony of witness Mehsin Wehbe at the suppression hearing in this case. For good cause shown, IT IS ORDERED that Mehsin Wehbe may testify by telephone or video at the suppression hearing in this case. The United States shall make arrangements with the Court Clerk's staff.

DATED this 15th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court