IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR BIRDSBILL,<br><br>Defendant. | CR 19-63-GF-BMM<br><br>ORDER |

Pending before the Court is the unopposed motion of the United States Attorney to dismiss the indictment without prejudice pursuant to Fed. R. Crim. P. 48(a).   For good cause,

IT IS ORDERED that the indictment is **DISMISSED WITHOUT PREJUDICE.**

DATED this 2ndday of March, 2021.

Brian Morris, Chief District Judge
United States District Court